## THOMPKINS vs. HERRON, et al.

Appeal from Guadalupe county.

*Practise–Evidence.*—Where a cause has been submitted to a judge without a jury, the court's finding upon the facts is as conclusive as the verdict of a jury. Upon a state of conflicting evidence, it appears that the trial judge gave credence to the witnesses for the defense, and discredited those of the plaintiff. In this state of the case the judgment is upheld, there being a sufficiency of evidence to support it.

Affirmed. Willie. Chief Justice.

## OLIVER vs. MALONEY.

Appeal from McLennan county.

*Boundary Lines—Evidence.*—The controversy in this case involves the true locations of the lines of survey, the appellant insisting that the line of A's survey should be carried eastwardly to the west line of the B survey, because the latter is the older, and the field notes of the former call for the latter's west line. Such doctrine applies only to such cases wherein the lines sought have been made on the ground, or if made, have been lost—not facts in the case. The line here had been properly established on the ground. See 30 Texas, 258 for proper rule in such case.

Affirmed. Delaney, Commissioner. Adopted.